UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Amended (from 9/4/03) Settlement Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

October 30, 2003

10:00 a.m.

*Held 2 1/2 hours*

3-03-cv-230    (SRU) Corrigan v Polo Ralph Lauren
-------------------------------------------------

COUNSEL OF RECORD:

Scott J. Wenner             Littler Mendelson, 885 Third Ave., 16th Fl.,
                            New York, NY 212-583-9600

Lisa A. Zaccardelli         Levy & Droney, P.C, 74 Batterson Park Rd.,
                            PO Box 887, Farmington, CT 860-676-3000

* THE SETTLEMENT ORDER ISSUED BY JUDGE GARFINKEL DATED 6/10/03 REMAINS IN EFFECT.

THANKS.

                                          BY ORDER OF THE COURT
                                          KEVIN F. ROWE, CLERK