FILED

2003 NOV 13  A 10: 06

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXIS CORRIGAN,<br>*Plaintiff,* | CIVIL ACTION NO:<br>3:03 CV 230 (SRU) |
| v. | |
| POLO RALPH LAUREN,<br>*Defendants.* | NOVEMBER 12, 2003 |

### REQUEST FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15(a) of The Federal Rules of Civil Procedure, the Plaintiff, Alexis Corrigan, ("Plaintiff") hereby Requests Leave to File an Amended Complaint which a copy of the proposed Amended Complaint is attached hereto as Exhibit A and incorporated herein by this reference.

The Plaintiff makes this request to include two causes of action which had been pending before the Connecticut Commission on Human Rights and Opportunities ("CHRO") claim and retained for investigation. As of October 15, 2003, the CHRO issued a release and a right to sue letter. A copy of the right to sue letter is attached hereto as Exhibit B. The claims arise out of the same operative facts surrounding Plaintiff's termination from employment.

The additions of amendments will not delay the trial of this action. As can be seen from the docket, the parties have not yet closed the pleadings as the Plaintiff only filed the Complaint on February 4, 2003. In addition, the Defendant will not be prejudiced by said Amendments as there is ample time for completion of discovery. The parties recently attended a settlement conference on October 30, 2003, at which time no settlement was reached. During that conference the parties discussed with The Honorable Magistrate William Garfinkel the discovery deadlines and have proposed extending those deadlines to complete discovery.

Respectfully submitted,

THE PLAINTIFF
ALEXIS CORRIGAN

By: *[signature]*
Lisa A. Zaccardelli, Esq. (ct07983)
LEVY & DRONEY, P.C.
74 Batterson Park Road
P.O. Box 887
Farmington, CT   06034-0887
(860) 676-3000
Its Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following on the 12th day of November, 2003:

Christine Feege, Esq.
Scott J. Wenner, Esq.
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th FL
New York, NY 10022

Lisa A. Zaccardelli

COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

**RELEASE OF JURISDICTION**

FORM 500(3)

COMMISSION ON HUMAN RIGHTS AND
OPPORTUNITIES, ex rel.

Alexis Corrigan
Complainant

Date: October 15, 2003

vs.

Polo Ralph Laren
Respondent

CCHRO CASE NO.: 0310320
EEOC CASE NO.:   16aa300700

## RELEASE OF JURISDICTION

Pursuant to Complainant's and/or Complainant's attorney(s) request dated **October 7, 2003**, the Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above numbered and captioned complaint in accordance with Section 46a-101 of the Connecticut General Statutes. Also, in accordance with Section 46a-100, C.G.S. Complainant is hereby authorized to commence a civil action against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred or in which the Respondent transacts business. If this action involves a state agency or official, it may be brought in the Superior Court for the Hartford-New Britain judicial district.

**Please be advised that, pursuant to CONN. GEN. STAT. §46a-103, the Complainant or Complainant's attorney <u>must</u> <u>serve</u> on the Commission, at the same time all other parties are served, a copy of any civil action filed pursuant to this release. The Commission must be so served because it has a right to intervene in any action filed based on a release of jurisdiction.**

In granting this release, the Commission expressly finds, in accordance with Sections 46a-100 and 46a-101(b) of the C.G.S., that all conditions precedent to the issuance of the release of jurisdiction have been complied with inasmuch as the complaint was timely filed in accordance with 46a-82 of the C.G.S and the complaint has been pending for a period of not less than 210 days, inasmuch as it was filed on **January 23, 2003** and is still pending on **October 15, 2003**, a period in excess of two hundred and ten (210) days.

Rev. 2/6/02

- 2 -

Moreover, there is no reason to believe that the complaint will be resolved within a period of thirty (30) days from **October 8, 2003**, the date the Commission received Complainant's request for the Release of Jurisdiction, nor is the complaint currently scheduled for public hearing. [see Section 46a-101(c) of the Connecticut General Statutes].

<u>The complainant must bring an action in Superior Court within ninety (90) days of receipt of this release and within two (2) years of the date of filing the complaint with the Commission.</u> The Superior Court shall have such authority as is conferred upon it by Section 46a-104 of the C.G.S., and other laws of the State of Connecticut.

Concurrently, with the issuance of this Release of Jurisdiction, the Commission hereby administratively dismisses this complaint in accordance with Section 46a-101(d) of the Connecticut General Statutes. Furthermore, said dismissal is not subject to administrative judicial review.

> Raymond P. Pech
> Interim Executive Director
>
> By: *[signature]*
> Donald E. Newton
> Chief of Field Operations

Dated and entered of record in the Commission's Administrative Office in Hartford, Connecticut on this <u>15th</u> day of <u>October, 2003</u>.

cc:  Complainant: Alexis Corrigan
    Complainant's Attorney: Attorney Lisa A. Zaccardelli
    Certified Mail Receipt 7002 3150 0000 3861 8637
    Respondent(s): Polo Ralph Lauren
    Respondent's Attorney: Attorney Christina L. Feege
    Regional Manager: Epifanio Carrasquillo, Regional Manager
        Capitol Regional Office

Rev. 2/6/02