FILED

2003 NOV 13  P 12: 44

US DISTRICT COURT
BRIDGEPORT CT



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEXIS CORRIGAN,                    :    CIVIL ACTION NO.
    Plaintiff,                      :    3:03 CV 230  (SRU)
                                    :
VS.                                 :
                                    :
                                    :
POLO RALPH LAUREN.                  :
    Defendant.                      :    NOVEMBER 11, 2003


## JOINT MOTION TO MODIFY TRIAL MANAGEMENT ORDER

The Plaintiff, ALEXIS CORRIGAN and the Defendant, POLO RALPH LAUREN,

hereby jointly move that the trial management order entered April 4, 2003 pursuant to the

Report of Parties' Planning Meeting, and extended on September 17, 2003, be further

extended as follows:

| | |
|---|---|
| Depositions of Plaintiff's Experts Completed By | January 31, 2004 |
| Reports from Defendant's Experts By | February 28, 2004 |
| Depositions of Defendants' Experts Completed By | March 31, 2004 |
| All Discovery To Be Completed By | March 31, 2004 |
| Dispositive Motions To Be Filed By | May 31, 2004 |
| Joint Trial Memorandum Filed By | 30 days of the date the Court rules on any dispositive motions |

Case To Be Trial Ready By                    60 days after filing of Joint Trial
                                             Memorandum

The reason for said request is as follows:

1.      On April 4, 2003 the Honorable Stefan R. Underhill referred this case to
Magistrate Judge William I. Garfinkel for the purpose of conducting a settlement
conference.

2.      On June 10, 2003 Judge Garfinkel noticed the settlement conference for
August 14, 2003.

3.      As counsel for the Plaintiff had scheduled a vacation for the time period
including August 14, 2003,  an amended settlement conference calendar was issued and
the settlement conference was rescheduled for September  4, 2003.

4.      Counsel for the Defendant was scheduled to be in Federal District Court  in
New York to argue a motion and would therefore be unavailable for the settlement
conference.

5.      The parties were not able to come to a resolution at the settlement
conference on October 30, 2003.  At the conference, Judge Garfinklel advised the parties
to move to extend the discovery deadlines an additional two (2) months to complete
depositions.  Although written discovery has been propounded by the Plaintiff and

- 2 -

Defendant, and has been responded to, neither party has conducted depositions as the parties were awaiting the settlement conference.

This is the second request to extend time; no other requests are anticipated.

PLAINTIFF,                                              Date:    November  11, 2003
ALEXIS CORRIGAN


By _____
        Lisa A. Zaccardelli, Esq. (ct07983)
        LEVY & DRONEY, P.C.
        74 Batterson Park Road
        Post Office Box 887
        Farmington, CT  06034-0887
        (860) 676-3000


DEFENDANT,
POLO RALPH LAUREN                           Date:    November 11, 2003


By _____
        Christine L. Feege, Esq. (ct24872)
        Scott J. Wenner, Esq. (ct17806)
        LITTLER MENDELSON
        885 Third Avenue, 16th Floor
        New York, NY  10022
        (212) 583-9600
        Signed with permission by Lisa A. Zaccardelli


- 3 -

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on the 11th day of November, 2003:

Christina L. Feege, Esq.
Scott J. Wenner, Esq.
LITTLER MENDELSON
885 Third Avenue, 16th Floor
New York, NY  10022

Lisa A. Zaccardelli

- 4 -