

FILED

2003 NOV 13  P 12: 44

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXIS CORRIGAN,<br>Plaintiff, | CIVIL ACTION NO.<br>3:03 CV 230 (SRU) |
| VS. | |
| POLO RALPH LAUREN.<br>Defendant. | NOVEMBER 11, 2003 |

### JOINT MOTION TO MODIFY TRIAL MANAGEMENT ORDER

The Plaintiff, ALEXIS CORRIGAN and the Defendant, POLO RALPH LAUREN, hereby jointly move that the trial management order entered April 4, 2003 pursuant to the Report of Parties' Planning Meeting, and extended on September 17, 2003, be further extended as follows:

| | |
|---|---|
| Depositions of Plaintiff's Experts Completed By | January 31, 2004 |
| Reports from Defendant's Experts By | February 28, 2004 |
| Depositions of Defendants' Experts Completed By | March 31, 2004 |
| All Discovery To Be Completed By | March 31, 2004 |
| Dispositive Motions To Be Filed By | May 31, 2004 |
| Joint Trial Memorandum Filed By | 30 days of the date the Court rules on any dispositive motions |

Motion Granted.
Discovery cutoff date March 31, 2004
Dispositive Motions Due by May 31, 2004
SO ORDERED...
11/19/03
Stefan R. Underhill, U.S.D.J.