FILED

2003 NOV 13 A 10: 06

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXIS CORRIGAN,<br>*Plaintiff,* | CIVIL ACTION NO:<br>3:03 CV 230 (SRU) |
| v. | |
| POLO RALPH LAUREN,<br>*Defendants.* | NOVEMBER 12, 2003 |

## REQUEST FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15(a) of The Federal Rules of Civil Procedure, the Plaintiff, Alexis Corrigan, ("Plaintiff") hereby Requests Leave to File an Amended Complaint which a copy of the proposed Amended Complaint is attached hereto as Exhibit A and incorporated herein by this reference.

The Plaintiff makes this request to include two causes of action which had been pending before the Connecticut Commission on Human Rights and Opportunities ("CHRO") claim and retained for investigation. As of October 15, 2003, the CHRO issued a release and a right to sue letter. A copy of the right to sue letter is attached hereto as Exhibit B. The claims arise out of the same operative facts surrounding Plaintiff's termination from employment.

*[Handwritten margin notes: "#17"; "Granted. The Clerk shall docket the Amended Complaint. So ordered. 12/23/03"]*