UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Discovery Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 12, 2004

2:00 p.m.

*Held*

*30 mins*

CASE NO. **3:03cv230 (SRU)**   **Corrigan v Polo Ralph Lauren**

Scott J. Wenner
Littler Mendelson
885 Third Ave., 16th Fl.
New York, NY 10040

Lisa A. Zaccardelli
Levy & Droney, P.C
74 Batterson Park Rd., PO Box 887
Farmington, CT 06034-0887

\*PLAINTIFF COUNSEL SHALL INITIATE THE CONFERENCE CALL

TO JUDGE GARFINKEL.

    THANKS.

                                                               BY ORDER OF THE COURT
                                                               KEVIN F. ROWE, CLERK