UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Telephonic Discovery Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

February 27, 2004      Held

1:30 p.m.       30 mins

CASE NO. **3:03cv230 (SRU)**    **Corrigan vs. Polo**

Scott J. Wenner
Littler Mendelson
885 Third Ave., 16th Fl.
New York, NY 10040


Lisa A. Zaccardelli
Levy & Droney, P.C
74 Batterson Park Rd., PO Box 887
Farmington, CT 06034-0887


* PLAINTIFF COUNSEL TO INITIATE THE CONFERENCE CALL TO JUDGE GARFINKEL.

   THANKS.

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK