**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ALEXIS CORRIGAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:03 CV 230 (SRU) |
| | : | |
| VS. | : | |
| | : | |
| POLO RALPH LAUREN. | : | |
|    Defendant. | : | MARCH 24, 2004 |

## MOTION TO MODIFY TRIAL MANAGEMENT ORDER

The Plaintiff, ALEXIS CORRIGAN hereby moves that the trial management order entered April 4, 2003 pursuant to the Report of Parties' Planning Meeting, and extended on November 25, 2003, be further extended as follows:

| | |
|---|---|
| Depositions of Defendants' Experts Completed By | April 30, 2004 |
| All Discovery To Be Completed By | April 30, 2004 |
| Dispositive Motions To Be Filed By | June 30, 2004 |
| Joint Trial Memorandum Filed By | 30 days of the date the Court rules on any dispositive motions |
| Case To Be Trial Ready By | 60 days after filing of Joint Trial Memorandum |

The reason for said request is as follows:

1.	On April 4, 2003 the Honorable Stefan R. Underhill referred this case to Magistrate Judge William I. Garfinkel for the purpose of conducting a settlement conference.

2.	On June 10, 2003 Judge Garfinkel noticed the settlement conference for August 14, 2003.

3.	As counsel for the Plaintiff had scheduled a vacation for the time period including August 14, 2003, an amended settlement conference calendar was issued and the settlement conference was rescheduled for September 4, 2003.

4.	Counsel for the Defendant was scheduled to be in Federal District Court in New York to argue a motion and would therefore be unavailable for the settlement conference.

5.	The parties were not able to come to a resolution at the settlement conference on October 30, 2003.  At the conference, Judge Garfinkel advised the parties to move to extend the discovery deadlines an additional two (2) months to complete depositions.  Although written discovery has been propounded by the Plaintiff and Defendant, and has been responded to, there are still outstanding documents are in the process of being produced, but may not be available before March 31, 2004.

Plaintiff's counsel has contacted counsel for the Defendant and has faxed said Motion as to whether she has any objection. Defendant's counsel has not responded. This is the third request to extend time; no other requests are anticipated.

        PLAINTIFF,
        ALEXIS CORRIGAN


        By_____
        Lisa A. Zaccardelli, Esq. (ct07983)
        LEVY & DRONEY, P.C.
        74 Batterson Park Road
        Post Office Box 887
        Farmington, CT  06034-0887
        (860) 676-3000

**CERTIFICATION OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on the 24th day of March, 2004:

Christina L. Feege, Esq.
Scott J. Wenner, Esq.
LITTLER MENDELSON
885 Third Avenue, 16th Floor
New York, NY  10022

                                                _____
                                                Lisa A. Zaccardelli