**FILED**

2004 MAR 26 P 3: 36

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXIS CORRIGAN, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03 CV 230 (SRU) |
| | : | |
| VS. | : | |
| | : | |
| POLO RALPH LAUREN. | : | |
| Defendant. | : | MARCH 24, 2004 |

FILED 2004 MAR 30 A 8: 49 U.S. DISTRICT COURT BRIDGEPORT, CONN

## MOTION TO MODIFY TRIAL MANAGEMENT ORDER

The Plaintiff, ALEXIS CORRIGAN hereby moves that the trial management order entered April 4, 2003 pursuant to the Report of Parties' Planning Meeting, and extended on November 25, 2003, be further extended as follows:

| | |
|---|---|
| Depositions of Defendants' Experts Completed By | April 30, 2004 |
| All Discovery To Be Completed By | April 30, 2004 |
| Dispositive Motions To Be Filed By | June 30, 2004 |
| Joint Trial Memorandum Filed By | 30 days of the date the Court rules on any dispositive motions |
| Case To Be Trial Ready By | 60 days after filing of Joint Trial Memorandum |

The reason for said request is as follows:

MOTION GRANTED.
SO ORDERED / [signature] 3/29/04
Stefan R. Underhill, U.S.D.J.