UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXIS CORRIGAN,<br><br>Plaintiff,<br><br>-against-<br><br>POLO RALPH LAUREN,<br><br>Defendant. | CIVIL ACTION NO:<br>3:03 CV 0230 (SRU)<br><br><br><br><br><br>NOVEMBER 10, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

The parties, having concluded discovery, submit the following proposed schedule to govern applicable deadlines through trial.

1.  **Dispositive Motions**: Defendant intends to file a motion for summary judgment seeking the dismissal of all claims. After consultation among the parties, the following briefing schedule is proposed:

    a.  Defendant's Notice of Motion, Local Rule 56(a)1 Statement, and supporting Memorandum of Law shall be served on or before December 17, 2004;

    b.  Plaintiff's Local Rule 56(a)2 Statement, answering Memorandum of Law, and other supporting documentation, shall be served on or before January 25, 2005; and

    c.  Defendant's reply Memorandum of Law, and other supporting documentation, shall be served on or before February 10, 2005.

2.  **Submission of the Parties' Joint Pre-Trial Memorandum**: The parties shall file a Joint Pre-Trial Memorandum within thirty (30) days of the date of any order denying, in whole or in part, Defendant's Motion for Summary Judgment.

3.  **Submission of Pre-Trial Order**: The parties shall file a Joint Pre-Trial Order within forty-five (45) days of the date of any order denying, in whole or in part, Defendant's Motion for Summary Judgment.

Dated: New York, New York
       November 10, 2004

LITTLER MENDELSON, P.C.

By: _____
Christina L. Feege (CT24872)
Attorneys for Defendant
885 Third Avenue – 16th Floor
New York, New York 10022
(212) 583-9600
Email: cfeege@littler.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following on the 10th day of November 2004.

>Lisa A. Zaccardelli, Esq.
>LEVY & DRONEY, P.C.
>Attorneys for Plaintiff
>74 Batterson Park Road
>Farmington, CT 06032
>(860) 676-3000

_____
Christina L. Feege