LITTLER MENDELSON, P.C.
Attorneys for Defendant
885 Third Avenue – 16th Floor
New York, New York 10022
(212) 583-9600
(CLF-1474)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXIS CORRIGAN,<br><br>Plaintiff,<br><br>-against-<br><br>POLO RALPH LAUREN,<br><br>Defendant. | CIVIL ACTION NO.<br>3-03 CV 0230 (SRU)<br><br>NOTICE OF SUMMARY<br>JUDGMENT MOTION<br><br>DECEMBER 23, 2004 |



**PLEASE TAKE NOTICE** that, upon Defendant's Memorandum of Law In Support of Motion for Summary Judgment, the Declaration of Christina L. Feege and exhibits annexed thereto, the Affidavit of Kate Mahon-Snow and exhibits annexed thereto, and Defendant's Rule 56.1 Statement of Undisputed Facts, and all prior proceedings had herein, Defendant Polo Ralph Lauren Corporation will move this Court for an order pursuant to Fed. R. Civ. P 56 (c), granting summary judgment and dismissing the Amended Complaint with prejudice.

Date: New York, New York
December 23, 2004

LITTLER MENDELSON, P.C.

By: _____
Christina L. Feege (Fed. Bar No. CT24872)
Attorney for Defendant
885 Third Avenue, 16th Floor
New York, New York 10022.4834
212.583.9600

**AFFIRMATION OF SERVICE
VIA FED EX AND EMAIL**

STATE OF NEW YORK   )
                              ss:
COUNTY OF NEW YORK)

**Christina L. Feege**, an attorney at law duly admitted to practice before this court, affirms the following under penalties of perjury:

1. I am not a party to this action, am over the age of eighteen years and reside in New York, New York.

2. On December 23, 2004, I caused to be served the within Notice of Motion for Summary Judgment and Rule 56.1 Statement of Undisputed Facts in the delivering the same to the person(s) at the address indicated below:

> Lisa Zaccardelli, Esq.
> LEVY & DRONEY
> 74 Batterson Park Road
> Farmington, CT 06032

3. I have read the foregoing statement and I certify that it is true and correct; I am aware that if this statement is willfully false, I am subject to punishment.

Dated: New York, New York
       December 23, 2004

_____
Christina L. Feege