LITTLER MENDELSON, P.C.
Attorneys for Defendant
885 Third Avenue – 16th Floor
New York, New York 10022
(212) 583-9600
(CLF-1474)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ALEXIS CORRIGAN,

               Plaintiff,
  -against-

POLO RALPH LAUREN,

              **Defendant.**



CIVIL ACTION NO.
3-03 CV 0230 (SRU)

**AFFIRMATION OF**
**CHRISTINA L. FEEGE IN SUPPORT**
**OF DEFENDANT'S MOTION FOR**
**SUMMARY JUDGMENT**

STATE OF NEW YORK   )
                             : ss.:
COUNTY OF NEW YORK )

      **Christina L. Feege**, an individual over the age of 18 years of age, and an attorney duly admitted to the bar of the Court, under penalty of perjury, hereby deposes and swears to the following facts:

      1.    Annexed hereto as Exhibit A are excerpts from the deposition of Plaintiff Alexis Corrigan which are referenced in the Memorandum of Law in Support of Motion for Summary Judgment and Rule 56.1 Statement of Undisputed Facts.

2. Annexed hereto as Exhibit B are excerpts from the deposition of Scott Mahoney which are referenced in the Memorandum of Law in Support of Motion for Summary Judgment and Rule 56.1 Statement of Undisputed Facts.

3. Annexed hereto as Exhibit C are excerpts from the deposition of Andrew Bell which are referenced in the Memorandum of Law in Support of Motion for Summary Judgment and Rule 56.1 Statement of Undisputed Facts.

4. Annexed hereto as Exhibit D are excerpts from the deposition of Michael MacFarlane which are referenced in the Memorandum of Law in Support of Motion for Summary Judgment and Rule 56.1 Statement of Undisputed Facts.

5. Annexed hereto as Exhibit E are copies of documents produced in discovery which are referenced in the Memorandum of Law in Support of Motion for Summary Judgment and Rule 56.1 Statement of Undisputed Facts.

Dated: New York, New York
December 23, 2004

_____
**CHRISTINA L. FEEGE**

## AFFIRMATION OF SERVICE

STATE OF NEW YORK   )
                    )   ss:
COUNTY OF NEW YORK  )

**Christina L. Feege**, an attorney at law duly admitted to practice before this court, affirms the following under penalties of perjury:

1. I am not a party to this action, am over the age of eighteen years and reside in New York, New York.

2. On December 23, 2004 I served the annexed Affirmation of Christina L. Feege in Support of Defendant's Motion for Summary Judgment in the following instant case by in the delivering the same via facsimile and Federal Express to the person(s) at the address indicated below:

>   Lisa Zaccardelli, Esq.
>   LEVY AND DRONEY, P.C.
>   Attorneys for the Plaintiff
>   74 Batterson Park Road
>   Farmington, Connecticut 06032

3. I have read the foregoing statement and I certify that it is true and correct; I am aware that if this statement is willfully false, I am subject to punishment.

Dated:  New York, New York
        December 23, 2004

                                                    _____
                                                    Christina L. Feege