**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ALEXIS CORRIGAN, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03 CV 230  (SRU) |
| | : | |
| VS. | : | |
| | : | |
| POLO RALPH LAUREN. | : | |
| Defendant. | : | JANUARY 11, 2005 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 7(b), the

Plaintiff, Alexis Corrigan, hereby moves for a ten (10) day extension of time to

February 3, 2005 within which to respond to Defendant's Motion For Summary

Judgment dated December 23, 2004.

The Request for Enlargement is sought because the Plaintiff did not receive

the Motion For Summary Judgment until December 27, 2004 because of the

closing of the Plaintiff's counsel's office for the Christmas Holiday.  Plaintiff's

counsel did contact Defendant's counsel on December 27 and it was agreed that

because of the late receipt of the Motion For Summary Judgment and because

Plaintiff's counsel is preparing for a trial in the State court, Plaintiff would file her

response on or before February 3, 2005.

Counsel for the Defendant has no opposition to this request.  This is the

first to extend time; no further requests are anticipated.

Respectfully Submitted,
PLAINTIFF,
ALEXIS CORRIGAN


_____
Lisa A. Zaccardelli, Esq. (ct07983)
LEVY & DRONEY, P.C.
74 Batterson Park Road
Post Office Box 887
Farmington, CT  06032
(860) 676-3000
Her Attorneys

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following on the 11th day of January, 2005:


Christine Feege, Esq.
Scott J. Wenner
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th FL
New York, NY 10022



_____
Lisa A. Zaccardelli