UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXIS CORRIGAN, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:03 CV 230 (SRU) |
| | : | |
| VS. | : | |
| | : | |
| POLO RALPH LAUREN, | : | |
|     Defendant. | : | FEBRUARY 7, 2005 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 7(b), the Plaintiff, Alexis Corrigan, hereby moves for extension of time from February 3, 2005 until February 8, 2005 within which to respond to Defendant's Motion For Summary Judgment dated December 23, 2004.

The Request for Enlargement is sought because the Plaintiff's counsel had been preparing for a trial in the State court, which is now concluded, as well as preparing for a hearing scheduled for tomorrow, February 8, 2005, and was not in the office for two (2) days because of family obligations. The response to the Motion For Summary Judgment will be filed on or before February 8, 2005.

Counsel for the Defendant has no opposition to this request.  This is the second request to extend time; no further requests are anticipated.

Respectfully Submitted,
PLAINTIFF,
ALEXIS CORRIGAN


_____
Lisa A. Zaccardelli, Esq. (ct07983)
LEVY & DRONEY, P.C.
74 Batterson Park Road
Post Office Box 887
Farmington, CT  06032
(860) 676-3000
Her Attorneys

### **CERTIFICATION OF SERVICE**

     I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following on the 7th day of February, 2005:

Christine Feege, Esq.
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th FL
New York, NY 10022

                                                        _____
                                                        Lisa A. Zaccardelli