UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXIS CORRIGAN,<br>　　　Plaintiff | : <br> : <br> : | CIVIL ACTION NO<br>3:03 CV 230 (SRU) |
| V. | : <br> : <br> : | |
| POLO RALPH LAUREN,<br>　　　Defendant | : <br> : | MARCH 17, 2005 |

## PLAINTIFF'S MOTION TO SUBMIT SURREPLY BRIEF

The Plaintiff, by and through undersigned counsel, requests permission to file a Surreply Brief in order to address certain comments made by the Defendant in their Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment which Plaintiff's counsel received on March 3, 2005 in the above-captioned matter.

Counsel for Defendant objects to the filing of said Surreply.

The Plaintiff's Surreply to Defendant's Reply Memorandum of Law and Reply Affirmation is attached hereto.

Respectfully submitted,

THE PLAINTIFF
ALEXIS CORRIGAN

By: /s/ Lisa A. Zaccardelli
Lisa A. Zaccardelli, Esq. (ct07983)
LEVY & DRONEY, P.C.
74 Batterson Park Road, P.O. Box 887
Farmington, CT 06034-0887
(860)676-3000
Her Attorneys

## CERTIFICATE OF SERVICE

This is to certify that the foregoing has been mailed, postage prepaid on this 17th day of March, 2005, to the following counsel of record:

Christina Feege, Esq.
Scott J. Wenner, Esq.
LITTLER MENDELSON, P.C.
885 3rd Avenue, 16th Floor
New York, NY 10022

Lisa A. Zaccardelli