UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEXIS CORRIGAN,

                Plaintiff,

-against-

POLO RALPH LAUREN,

                Defendant.

APPEARANCE

CASE NUMBER: 3-03 CV 0230

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   POLO RALPH LAUREN CORP.
                                                                                     Defendant

| | |
|---|---|
| February 3, 2006 | _[signature]_ |
| Date | Signature |
| CT24872 | Christina L. Feege, Esq. |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (212) 583-9600 | Littler Mendelson, P.C. |
| Telephone Number | Address |
| (212) 832-2719 | 885 Third Avenue – 16th Floor |
| Fax Number | |
| cfeege@littler.com | New York, New York 10022 |
| E-mail Address | |

CERTIFICATION OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

                Lisa A. Zaccardelli
                LEVY & DRONEY, P.C.
                Attorneys for Plaintiff
                74 Batterson Park Road
                Farmington, CT 06032
                (860) 676-3000

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001