UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXIS CORRIGAN, : | CIVIL ACTION NO. |
| Plaintiff, : | 3:03 CV 230  (SRU) |
| : | |
| VS. : | |
| : | |
| POLO RALPH LAUREN. : | |
| Defendant. : | MARCH 7, 2006 |

## JOINT MOTION FOR EXTENSION OF TIME

The Plaintiff, Alexis Corrigan and the Defendant, Polo Ralph Lauren, hereby request an extension of time to June 30, 2006 within which to file their pretrial memorandum.

Specifically, in accordance with the Order of the Court dated February 8, 2006, the parties, on February 28, 2006, made inquiry to this Court requesting the scheduling of a settlement conference with Magistrate Garfinkel, as the parties believe that a settlement conference would be beneficial at this time.  The parties further, in accordance with the Court's instructions, contacted Magistrate Garfinkel to schedule the settlement conference.  Magistrate Garfinkel and the parties are

available on June 1, 2006 for the settlement conference.[1]

As such, in order to avoid the cost of additional litigation prior to the settlement conference, and the significant resources which will be expended in preparation of the pretrial order, the parties request an extension of time to June 30, 2006 in which to comply with the Court's pretrial order and submission of the pretrial memorandum.

This is the first request to extend time; no further requests are anticipated.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| ALEXIS CORRIGAN | POLO RALPH LAUREN |

_____   _____

Lisa A. Zaccardelli, Esq. (ct07983)     Christina Feege, Esq. (ct24872)
LEVY & DRONEY, P.C.                     LITTLER MENDELSON P.C.
74 Batterson Park Road                  885 Third Avenue, 16th FL
Post Office Box 887                     New York, N.Y.
Farmington, CT  06032                   (212) 583-9600
(860) 676-3000                          Its Attorney
Her Attorney

---

[1] Magistrate Garfinkel was available on May 10, 2006 but because Plaintiff's counsel has another matter scheduled for that date, June 1, 2006 is the next available date.

## CERTIFICATION OF SERVICE

      I hereby certify that on March 7, 2006, a copy of the foregoing Joint Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Lisa A. Zaccardelli, Esq. (ct07983)
Levy & Droney, P.C.
74 Batterson Park Road
Post Office Box 887
Farmington, CT 06032-0887
(860) 676-3065
(860) 676-3200 (fax)
email:  lzaccard@ldlaw.com