IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 MAR 24  A 11: 49

| | |
|---|---|
| ALEXIS CORRIGAN,<br><br>Plaintiff,<br><br>v.<br><br>POLO RALPH LAUREN,<br><br>Defendant. | CASE NO. 3:03 CV 230 (SRU)<br><br>MARCH 21, 2006 |

## NOTICE OF WITHDRAWAL OF COUNSEL

**Scott J. Wenner** respectfully requests that his name be stricken as attorney of record for defendant Polo Ralph Lauren in this action because he has left the law firm of Littler Mendelson, P.C., which is continuing to represent Polo Ralph Lauren in this matter.

Mr. Wenner respectfully requests that this Court grant his request to withdraw as counsel, and issue an order striking him as an attorney of record for the Defendant in this action.

Dated this 21st day of March 2006.

_____
Withdrawing Attorney
Scott J. Wenner
CT Federal Bar No. 17806

LITTLER MENDELSON, P.C.
885 Third Avenue – 16th Floor
New York, New York 10002
(212) 583-9600
(212) 832-2719

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXIS CORRIGAN,<br><br>Plaintiff,<br><br>v.<br><br>POLO RALPH LAUREN,<br><br>Defendant. | CASE NO. 3:03 CV 230 (SRU)<br><br><br><br>MARCH 22, 2006 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2006 I served a true and correct copy of the foregoing *Notice of Withdrawal of Counsel via* U.S. Mail upon the following attorney of record:

Lisa A. Zaccardelli, Esq. (ct07983)
LEVY & DRONEY, P.C.
Attorneys for Plaintiff
74 Batterson Park Road
Post Office Box 887
Framington, CT 06032
(860) 676-3000

_____
Christina L. Feege, Esq.
CT Federal Bar No.: ct24872
Attorney for Defendant

LITTLER MENDELSON, PC.
885 Third Avenue – 16th Floor
New York, New York 10002
(212) 583-9600
(212) 832-2719