UNITED STATES DISTRICT COURT

DISTRICT  OF  CONNECTICUT


Alexis Corrigan

V.                                    Case Number:  3:03cv230 (SRU)

Polo Ralph Lauren


NOTICE  TO  COUNSEL
--------------------


　　The above-entitled case was reported to the Court on July 28, 2006 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

　　Accordingly, an order of dismissal will be entered on August 27, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

　　Dated at Bridgeport, Connecticut, July 28, 2006.



KEVIN F. ROWE, CLERK

By: /s/ Barbara Sbalbi_____
　　Barbara Sbalbi
　　Deputy Clerk