UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 SEP 28  P 12: 10

DISTRICT COURT

ALEXIS CORRIGAN,

Plaintiff,

-against-

POLO RALPH LAUREN,

Defendant.

CIVIL ACTION NO:
3-03 CV 0230 (SRU)

STIPULATION AND ORDER
OF DISCONTINUANCE
WITH PREJUDICE

**WHEREAS,** no party herein is an incompetent for whom a Committee has been appointed; and

**WHEREAS,** there is no person not a party who has an interest in the subject matter of this action; it is hereby

**STIPULATED AND AGREED,** by and between the attorneys for the respective parties herein that the above-captioned action be dismissed with prejudice in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs or attorneys' fees to any party.

Dated: September 25, 2006

Lisa A. Zaccardelli, Esq. (ct07983)
LEVY & DRONEY, P.C.
Attorneys for Plaintiff
74 Batterson Park Road
Farmington, CT 06034
(860) 676-3000

Christina L. Feege, Esq.
A. Michael Weber, Esq.
LITTLER MENDELSON, P.C.
Attorneys for Defendants
885 Third Avenue, 16th Floor
New York, New York 10022
212.583.9600

SO ORDERED

Dated: Bridgeport, CT

_____, 2006

_____
United States District Court Judge